IN THE SUPREME COURT OF THE STATE OF NEVADA

ALI SHAHROKHI,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE DAWN
THRONE, DISTRICT JUDGE; JON
NORHEIM, HEARING MASTER;
KAREN S. CLIFFE, DIRECTOR D.A.
FAMILY SUPPORT; AND ELIZABETH
INSKEEP, FAMILY SUPPORT CASE
MANAGER,
Respondents,
    and
KIZZY BURROW,
Real Party in Interest.

No. 84341

**FILED**

MAR 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This is an original, pro se petition for a writ of mandamus or prohibition challenging several aspects of the underlying child support enforcement action against petitioner.

In particular, petitioner asserts that real party in interest lacks standing to pursue the matter through the district attorney's office under NRS 125B.150(3) and *Hedlund v. Hedlund*, 111 Nev. 325, 890 P.2d 790 (1995), as she and the child live outside of Nevada. He also asserts infringement on his Sixth Amendment right to counsel, claiming that the contempt proceedings below are criminal in nature; contends that an employee of the district attorney's office improperly modified a hearing date set by the district court, as set forth in a notice of hearing she served; and

22-08630

argues that the hearing master improperly heard the matter in November 2021, when a disqualification motion was pending against the judge who appointed that hearing master. Further, in a subsequently filed emergency motion for stay and supplement thereto, petitioner asserts that the contempt proceedings are based on a child support order that is void for violating protections afforded a criminal defendant and thus unenforceable.

Having reviewed the petition and supporting documents, we conclude that petitioner has not demonstrated that our extraordinary and discretionary intervention is warranted. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (recognizing that petitioner bears the burden to demonstrate that writ relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

---

[1]In light of this order, petitioner's emergency motion for stay of the March 22, 2022, hearing pending our consideration of this matter is denied as moot.

cc: Hon. Dawn Throne, District Judge, Family Court Division
Clark County District Attorney
Ali Shahrokhi
Kizzy Burrow
Jon Norheim
Elizabeth Inskeep
Karen S. Cliffe
Eighth District Court Clerk